BRANTLEY *v.* THE STATE.

SIMMONS, C. J.　No error of law was complained of, and the evidence, though circumstantial, was sufficient to warrant the verdict.

　　*Judgment affirmed.　All the Justices concurring, except Lewis, J., absent.*

Submitted June 16, — Decided July 18, 1902.

Indictment for burglary.　Before Judge Roberts.　Dodge superior court.　May 20, 1902.

*E. Herrman* and *J. P. Highsmith,* for plaintiff in error.
*John F. DeLacy, solicitor-general,* contra.